**No. 39200.**—Petitions 5522–R, etc., of J. A. Forrest Co. (Pembina).

Opinion by KEEFE, J. It was established that the importer was without any intention to defraud the revenue or to conceal or misrepresent the facts. The petitions were therefore granted.

**No. 39201.**—Petition 5600–R of J. A. Forrest Co. (Pembina).

Opinion by KEEFE, J. It was established that the importer used every means in his power to determine the correct value at which to enter the bran and shorts in question. As there was no intention to defraud the revenue the court granted the petition.

**No. 39202.**—Petition 5586–R of Alex Anderson & Son (Minneapolis).

Opinion by KEEFE, J. It was established that there was no intention to defraud the revenue. The petition was therefore granted.

BEFORE THE FIRST DIVISION, AUGUST 11, 1938

**No. 39203.**—Protest 936951–G of Collin & Gissel (Galveston).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Braun Corp.* v. *United States* (T. D. 47097) arsenic pentoxide was held dutiable as "all other acids and acid anhydrides not specially provided for" at 25 percent under paragraph 1 as claimed.

BEFORE THE THIRD DIVISION, AUGUST 11, 1938

**No. 39204.**—Protest 938154–G of Mutual Supply Co. (San Francisco).

Opinion by EVANS, J. On the record presented the merchandise in question was held dutiable as beans reduced to flour at 35 percent under paragraph 775 as claimed.

**No. 39205.**—Protest 944990–G of Mitsui & Co., Ltd. (New York).

Opinion by EVANS, J. On the record presented the protest was sustained as to certain items.